

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Solaris Oilfield Site Services Oper LLC,  * From the 35th District Court
of Brown County,
Trial Court No. CV2009372.

Vs. No. 11-22-00206-CV  * April 18, 2024

Brown County Appraisal District,  * Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court in favor of Brown County Appraisal District, and we render judgment in favor of Solaris Oilfield Site Services Oper LLC. The costs incurred by reason of this appeal are taxed against Brown County Appraisal District.